## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Rodney Terry | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-cr-00294-JTN-1 | 2/7/2020 | 2:54 - 3:14 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Jonathan Roth by Alexis Sanford | Defendant: Helen C. Nieuwenhuis | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- ✓ Consent to Mag. Judge for  Plea
- __ Other: _____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the  Indictment

Count(s) to be dismissed at sentencing: _____

Presentence Report:
- ✓ Ordered   __ Waived
- __ Plea Accepted by the Court
- ✓ No Written Plea Agreement

### EXPEDITED RESOLUTION
- __ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes __No<br>Defendant informed of right to appeal:   __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |